TERESA R. TRACY (BAR NO. 89609)
teresa.tracy@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Defendants COUNTRY WIDE TOWING, INC.; WILLIAM ROSS GARDINER (individually and dba Country Wide Towing and Roadside; and Reliable Recovery Solutions); and STACY HOLZER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REBECCA WALLACE, TIMOTHY OLIVER, TERESA SLOVER, JOSEPH SLOVER, RALPH SLOVER, CHRIS RAMIREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY WIDE TOWING, INC., A California corporation; WILLIAM ROSS GARDINER dba COUNTRYWIDE TOWING AND ROADSIDE; WILLIAM ROSS GARDINER, an individual; COUNTRYWIDE TOWING AND ROADSIDE, a business entity unknown; RELIABLE RECOVERY SERVICE, a business entity of unknown form; RELIABLE RECOVERY SOLUTIONS, a business entity unknown; and DOES ONE through ONE HUNDRED,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS | Case No. CV 14-8960-GW(SHx)<br><br>**ORDER ON STIPULATION RE DISMISSAL**<br><br>Judge:  Hon. Hon. George H. Wu<br>Crtm.:  10<br><br>Trial Date:     None Set |

2580249.1 25141-890                                                                                   2:14-cv-8960-GW-SH

PROPOSED ORDER GRANTING MOTION TO STIPULATION RE DISMISSAL

## ORDER

Good cause having been shown in the Joint Stipulation of the Parties for Dismissal with Prejudice of Plaintiffs' entire Complaint against Defendants and Defendants' entire Counterclaim against Plaintiffs, the Court hereby orders the dismissal of the claims of Plaintiffs in the above captioned action in its entirety and with prejudice, and the dismissal with prejudice of Defendants in the above captioned action.

IT IS SO ORDERED.

Dated: June 22, 2015

GEORGE H. WU,
United States District Judge